AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15 MAG 2272 |
| Ana Maria Perez Meneses | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

DOC #___ ___

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ana Maria Perez Meneses

Date:     07/23/2015

*Daniel D*

*Attorney's signature*

Daniel DeMaria (DD4130)
*Printed name and bar number*

Merchant Law Group LLP
26 Broadway, 21st Fl.
New York, New York 10004

*Address*

ddemaria@nyslitigators.com
*E-mail address*

(212) 658-1455
*Telephone number*

(877) 607-5419
*FAX number*